**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 09-91-DLB**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

vs.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**DESHANNAN RICE**                                                      **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendant's Motion to Suppress any and all "voice recordings obtained through the use of a wire tap" (Doc. #30) and a subsequent Motion to Supplement (Doc. #38). Pursuant to local practice, the motion was referred to the presiding Magistrate Judge for consideration and preparation of a Report and Recommendation. On March 17, 2010, the Magistrate Judge issued his Report and Recommendation which recommends that the Court deny Defendant's motions (Doc. #39). No objections to the Report and Recommendation have been filed by any party, and the time to do so has now expired. Upon review of the Report and Recommendation, and the Court being in complete agreement with analysis and conclusions contained therein, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (Doc. #39) is hereby **ADOPTED** as the Opinion of the Court;

2. Defendant's Motion to Suppress (Doc. # 30) and Motion to Supplement (#38) are hereby **DENIED**.

This 6th day of April, 2010.


Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\CovCrim\2009\09-91-Order-Adopting-R&R1.wpd